UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 24-CR-00090 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Mikhail Robin Wicker<br>*also known as* Michael Robin Wicker, | |
| Defendant. | |

---

Lindsey E. Middlecamp and Rebecca Kline, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Brian Lewis and Francis H. White, III, Francis White Law, PLLC, Woodbury, MN, for Defendant Mikhail Robin Wicker.

---

This matter is before the Court on Plaintiff United States of America's (the Government's) and Defendant Mikhail Robin Wicker's joint motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 39.) Wicker has filed a statement of facts in support of the Motion. (Doc. No. 40.)

The parties seek to exclude the period of October 16, 2024, the date of the Court's Order (Doc. No. 33) that resolved the Government's motion for disclosure (Doc. No. 26) and motion for discovery (Doc. No. 15), through June 10, 2025, the date of the jury trial set in the Trial Notice and Pretrial Order (Doc. No. 38). The Motion was filed after the Court granted Wicker's unopposed motion for continuance. (Doc. No. 37.) The parties seek to exclude this time, to afford Wicker's primary counsel, who has been unavailable

1

due to serious illness, additional time to determine whether he can resume trial preparation and represent Wicker at trial and, in the event that he cannot, to afford Wicker's new counsel, adequate time to prepare for trial. (Doc. Nos. 39, 40.)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Wicker's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(iv), the Court finds that failure to grant such a continuance would unreasonably deny Wicker's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Joint Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 39) is GRANTED; and

2. The period of time between October 16, 2024 and June 10, 2025, is excluded from Speedy Trial Act computations in this case.

Dated: February 14, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court