UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

    Plaintiff,

v.

Mikhail Robin Wicker,
    a/k/a "Michael Robin Wicker",

    Defendant.

Case No. 24-CR-0090 (JMB/LIB)

**VERDICT FORM**

---

## Count 1

### Wire Fraud

As to Count 1 of the Indictment, we, the Jury, find the Defendant, Mikhail Robin Wicker, __Guilty__ (write GUILTY or NOT GUILTY).

## Count 2

### Mail Fraud

As to Count 2 of the Indictment, we, the Jury, find the Defendant, Mikhail Robin Wicker, __Guilty__ (write GUILTY or NOT GUILTY).

SCANNED
NOV 2 1 2025
U.S. DISTRICT COURT ST. PAUL

### Count 3

### FALSE MILITARY DISCHARGE CERTIFICATE

As to Count 3 of the Indictment, we, the Jury, find the Defendant, Mikhail Robin Wicker, __Guilty__ (write GUILTY or NOT GUILTY).

### Count 4

### FRAUDULENT USE OF MILITARY MEDALS

As to Count 4 of the Indictment, we, the Jury, find the Defendant, Mikhail Robin Wicker, __Guilty__ (write GUILTY or NOT GUILTY).

Dated: __11/21__, 2025         **SIGNATURE REDACTED**
                                               Foreperson